# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ZAIRE GRAY, et al., | |
| Plaintiffs, | CIVIL ACTION NO. 3:16-cv-00701 |
| v. | (SAPORITO, M.J.) |
| MOHAN T. RATANCHANDANI, | FILED WILKES BARRE |
| Defendant. | NOV 01 2017 |

## ORDER

Per _____ MS

AND NOW, this 1st day of November, 2017, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. The defendant's motion *in limine* to preclude expert testimony by Robert M. Gordon, Ph.D., on behalf of plaintiff Dominic Miller (Doc. 73) is **DENIED**;

2. The defendant may serve an expert report in sur-rebuttal to the Gordon opinion on or before November 20, 2017; and

3. The defendant shall contemporaneously file an amended witness list, if necessary.

JOSEPH F. SAPORITO, JR.
United States Magistrate Judge